**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON**

**JAMES LANE,**

       **Plaintiff,**

**v.**                                                     **Civil Action No. 2:18-cv-01223**
                                                   **Honorable John T. Copenhaver, Jr.**

**FAYETTE COUNTY COMMISSION,
ETHAN A. SHREWSBURY, RYAN FOX
AND BRIAN FERNANDEZ,**

       **Defendants.**

## ORDER EXTENDING DEADLINES

On July 18, 2019, came the parties, by and through counsel, and moved this Court for the entry of an Order extending briefing deadlines.  It is hereby **ORDERED** that the Joint Motion to Modify Scheduling Order is hereby **GRANTED** and that the close of discovery will be September 6, 2019, dispositive motions will be due on September 27, 2019, responses to dispositive motions will be due on October 11, 2019 and replies to responses to dispositive motions will be due on October 18, 2019.  The remaining deadlines regarding this action will be remain unchanged by this Order.

The Clerk of the Court is ordered to forward a certified copy of this Order to all counsel of record.

**ENTERED** this _____ day of _____, 2019.

_____
**Honorable John T. Copenhaver, Jr.**

**Prepared By:**


 /s/ John P. Fuller
Charles R. Bailey (WV Bar #0202)
John P. Fuller (WV Bar #9116)
Bailey & Wyant, PLLC
500 Virginia Street, East, Suite 600
Post Office Box 3710
Charleston, West Virginia  25337-3710
T: 304.345.4222
F: 304.343.3133
cbailey@baileywyant.com
jfuller@baileywyant.com
*Counsel for Fayette County Commission,*
*Ethan A. Shrewsbury, Ryan Fox and Brian Fernandez*


**Agreed to By:**


 /s/ Paul M. Stroebel
Paul Stroebel (WV Bar #5758)
Stroebel & Johnson PLLC
PO Box 2582
Charleston, WV  25329
T: 304.346.0197
F: 304.346.6029
paulstroeb@aol.com
*Counsel for Plaintiff James Lane*