UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

JAMES LANE,

    Plaintiff,

v.                                Civil Action No. 2:18-cv-01223

FAYETTE COUNTY SHERIFF'S
DEPARTMENT, ETHAN A.
SHREWSBURY, RYAN FOX and
BRIAN FERNANDEZ,

    Defendants.

## ORDER

Pending is Fayette County Sheriff's Department's motion to dismiss the complaint, filed November 12, 2018.

Plaintiff's amended complaint, filed December 11, 2018, dropped all claims against Fayette County Sheriff's Department.  Accordingly, it is ORDERED that the motion to dismiss of the Fayette County Sheriff Department be, and hereby is, denied as moot.

The Clerk is directed to transmit copies of this order to all counsel of record and to any unrepresented parties.

ENTER: September 30, 2019

John T. Copenhaver, Jr.
Senior United States District Judge