**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON**

**JAMES LANE,**

    **Plaintiff,**

**v.**                                                      **Civil Action No. 2:18-cv-01223
Honorable John T. Copenhaver, Jr.**

**FAYETTE COUNTY COMMISSION,
ETHAN A. SHREWSBURY, RYAN FOX
AND BRIAN FERNANDEZ,**

    **Defendants.**

### NOTICE OF DISMISSAL PURSUANT TO RULE 41

**COMES NOW**, Plaintiff James Lane, by counsel, Paul M. Stroebel, Esq. and the Law Firm of Stroebel & Johnson, PLLC, and pursuant to Rule 41 of the *Federal Rules of Civil Procedure* hereby voluntarily dismisses, with prejudice, all claims asserted against Defendants Fayette County Commission, Ethan A. Shrewsbury, Ryan Fox and Brian Fernandez. All parties have agreed and consented to this dismissal, as evidenced by the signatures of counsel of record affixed hereto.

The Court perceiving no reason not to grant the relief prayed for, it is hereby **ADJUDGED**, **ORDERED**, and **DECREED** that the claims against Defendants Fayette County Commission, Ethan A. Shrewsbury, Ryan Fox and Brian Fernandez are hereby **DISMISSED** and forever stricken from the active docket of this Court **WITH PREJUDICE** abiding the result hereof.

The Court **DIRECTS** the Clerk to send a copy of this Order to all counsel of record.

**ENTERED** this _____ day of _____, 2019.

                                                                        **Honorable John T. Copenhaver, Jr.**

**Prepared and Presented by:**

 /s/ John P. Fuller
Charles R. Bailey (WV Bar #0202)
John P. Fuller (WV Bar #9116)
Bailey & Wyant, PLLC
500 Virginia Street, East, Suite 600
Post Office Box 3710
Charleston, West Virginia  25337-3710
(304) 345-4222
*Counsel for Fayette County Commission,*
*Ethan A. Shrewsbury, Ryan Fox and Brian Fernandez*

**Inspected and Agreed to by:**

 /s/ Paul M. Stroebel (with permission)
Paul M. Stroebel (WV Bar #5758)
Stroebel & Johnson PLLC
405 Capitol Street, Suite 102
PO Box 2582
Charleston, WV  25329
(304) 346-0197
*Counsel for James Lane*